# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                        Plaintiff,        )<br>                                                            )<br>         vs.                                            )<br>                                                            )<br>RICHARD GOW,                               )<br>                                                            )<br>                        Defendant.     ) | **CR06-213 JCC**<br><br><br>**MINUTE ORDER** |

    The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

    Counsel for the defendant has filed a Motion to Withdraw as Attorney (dkt #45). The Honorable John C. Coughenour, United States District Judge, has referred the matter to this court (dkt #46).

    The Court hereby schedules a hearing on the motion for <u>Thursday, September 14, 2006, at 11:30am, in Courtroom 12A, United States Courthouse, Seattle, Washington.</u> The defendant, Richard Gow, is hereby directed to appear with his counsel of record. The Assistant U.S. Attorney may appear, but will be excused from the courtroom while the court questions Mr. Gow and his counsel regarding the motion to withdraw.

                                  Dated this 5th day of September , 2006

                                    /S/ PETER H. VOELKER_____
                                      Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

23         Dated this 5th day of September , 2006

24

25         /S/ PETER H. VOELKER
            Deputy Clerk
26   **MINUTE ORDER**